■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN A. FINKLE, Appellant. (Appeal No. 2.) [692 NYS2d 636] —Appeal dismissed as moot (*see, People v Finkle,* 262 AD2d 971 [decided herewith]).

All concur except Pigott, Jr., J., who votes to affirm. (Appeal from Order of Oneida County Court, Burke, J.—CPL art 440.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.